| Month | Earnings | Expenses |
|---|---|---|
| July 2026 | $17,981.50 | $7,267.06 |
| August 2026 | $10,041.47 | $4,483.04 |
| September 2026 | $10,440.26 | $4,621.71 |
| **3-Month Total** | **$38,463.23** | **$16,371.81** |



| Remaining |
|---|
| $10,714.44 |
| $5,558.43 |
| $5,818.55 |
| **$22,091.42** |




16000
18000
20000


September 2026


Earnings
Expenses